291 F.2d 751
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
WALSH-LUMPKIN WHOLESALE DRUG CO.
 No. 16697.
 United States Court of Appeals Eighth Circuit.
 May 31, 1961.
 
 Petition to enforce order of National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. General Counsel, National Labor Relations Board and Dominick Manoli, Assoc. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.
 LeRoy Autrey, Texarkana, Ark., for respondent.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced and respondent to comply with affirmative provisions of Order of Board, etc.